United States District Court -Sixth Division-District of Minnesota

| | |
|---|---|
| Robert L. Davidson vs. Corporate Receivables, Inc. HSBC Bank Nevada NA and HSBC Retail Credit Inc. and Third Party Plaintiff, vs. Migizi Construction LLC, Third Party | Third-Party Summons in a Civil Case and Third-Party Complaint<br><br>09CV831 |

STATE OF WISCONSIN )
                   ) ss.
BAYFIELD COUNTY    )       I do hereby certify that on the __28th__ day of __June__, 2009, at the __Town of Russell__, in Bayfield County, Wisconsin, I served the annexed __above-named papers__ upon __Dawn Deragon, wife of Darryl Deragon-owner of Migizi Construction LLC,__ the defendant___(person___) therein named, by delivering to and leaving with __her__ (him, her or each of them), personally, ___ true cop__y__ thereof

*And that I endorsed upon the cop__y__ of Summons which I served the date upon which the same w__as__ so served, signed my name thereto and added my official title.

Dated __June 28th__, 2009

FEES:
Service:  $40.00
 30 Miles:$16.50
                                                    _____
TOTAL:    $56.50 pd                                         Sheriff

                                    Anthony Budreau  Deputy Sheriff