# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

___

| | |
|---|---|
| ROBERT L. DAVIDSON, | Civil No. 09-0831 (JRT/JJG) |
| Plaintiff, | |
| v. | |
| HSBC BANK NEVADA NA, et al., | **ORDER FOR DISMISSAL** |
| Defendants. | |

___

Peter Barry, **BARRY & SLADE, LLC**, 2021 East Hennepin Avenue, Suite 195, Minneapolis, MN 55413, for plaintiff.

Paul Peterson and Eric Steinhoff, **LIND JENSEN SULLIVAN & PETERSON, PA,** 150 South Fifth Street, Suite 1700, Minneapolis, MN 55402, for defendant.

This matter is before the Court on the Stipulation of Dismissal filed by the parties on June 22, 2010 [Docket No. 36].

**IT IS HEREBY ORDERED** that any and all claims in this matter are hereby **DISMISSED, with PREJUDICE,** on the merits, and in their entirety, but without any award of costs or disbursements to any of the parties.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

DATED: June 30, 2010
at Minneapolis, Minnesota.

                                                 s/ John R. Tunheim
                                                 JOHN R. TUNHEIM
                                               United States District Judge